ELLYN M. LAZAR, #ID 94728
LAW OFFICES OF ELLYN M. LAZAR
726 COLLEGE AVENUE
SANTA ROSA, CA 95404
TELEPHONE (707) 579-8311

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                Case Number 14-11673-AJ-13
                                                      Chapter 13

RESILON B. TICZON,                 ORDER ON OBJECTION TO CLAIM
                                                        NO. 10-1 FILED BY CERASTES, LLC
and TERESITA O. TICZON,

         Debtors.
_____/

UPON REQUEST of debtors for default order without hearing:

IT IS HEREBY ORDERED that claim number 10-1 filed herein by

          Cerastes, LLC
          c/o Max Zalesk
          Weinstein, Pinson and Riley, PS
          2001 Western Avenue, Ste. 400
          Seattle, WA 98121

          Holly Chaffin, Managing Member
          Cerastes, LLC
          2001 Western Ave., Ste. 430
          Seattle, CA 98121

is disallowed for any amount.

Dated: March 9, 2015

                                                            Alan Jaroslovsky
                                                            U.S. Bankruptcy Judge