DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
RESILON B. and TERESITA O TICZON

Chapter 13
Case No. 14-11673 DM

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rules of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $31,555.39 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 6 | CLERK OF THE COURT FOR CSS INC<br>PO BOX 764<br>ACTON, CA 93510 | $31,555.39 |

Dated:    December 3, 2019              /s/ CECILIA MARCELO
                                         CECILIA MARCELO
                                         Receipts Administrator